3021917-LRB/RDB                                          No. 6289100

# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

JUDY DANA, deceased, by and thru her executor )
and next friend daughter REBECCA DANA,        )
                                              )
                    Plaintiff,                )
                                              )
     v.                                       )    No.
                                              )
PANERA BREAD COMPANY, PANERA                  )
BREAD, and PANERA, LLC                        )
                                              )
                    Defendants.               )

# EXHIBITS A THROUGH E
# TO DEFENDANT PANERA BREAD COMPANY'S
# NOTICE OF REMOVAL

Delaware.gov | Text Only      Governor | General Assembly | Courts | Elected Officials | State Agencies

## Department of State: Division of Corporations

**HOME**
About Agency
Secretary's Letter
Newsroom
Frequent Questions
Related Links
Contact Us
Office Location

**SERVICES**
Pay Taxes
File UCC's
Delaware Laws Online
Name Reservation
Entity Search
Status
Validate Certificate
Customer Service Survey

**INFORMATION**
Corporate Forms
Corporate Fees
UCC Forms and Fees
Taxes
Expedited Services
Service of Process
Registered Agents
Get Corporate Status
Submitting a Request
How to Form a New Business Entity
Certifications, Apostilles & Authentication of Documents

Frequently Asked Questions   View Search Results

### Entity Details

THIS IS NOT A STATEMENT OF GOOD STANDING

| | | | |
|---|---|---|---|
| File Number: | 2358973 | Incorporation Date / Formation Date: | 11/10/1993 (mm/dd/yyyy) |
| Entity Name: | PANERA, LLC | | |
| Entity Kind: | LIMITED LIABILITY COMPANY (LLC) | Entity Type: | GENERAL |
| Residency: | DOMESTIC | State: | DE |

**REGISTERED AGENT INFORMATION**

| | | | |
|---|---|---|---|
| Name: | CORPORATION SERVICE COMPANY | | |
| Address: | 2711 CENTERVILLE RD STE 400 | | |
| City: | WILMINGTON | County: | NEW CASTLE |
| State: | DE | Postal Code: | 19808 |
| Phone: | (302)636-5401 | | |

Additional Information is available for a fee. You can retrieve Status for a fee of $10.00 or more detailed information including current franchise tax assessment, current filing history and more for a fee of $20.00.

Would you like ○ Status  ○ Status, Tax & History Information  [Submit]

[Back to Entity Search]

To contact a Delaware Online Agent click here.

site map | about this site | contact us | translate | delaware.gov


EXHIBIT A

3021917-LRB/RDB                                              No. 6289100

## IN THE UNITED STATES DISTRICT COURT FOR THE
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| JUDY DANA, deceased, by and thru her executor and next friend daughter REBECCA DANA, ) ) ) | |
| Plaintiff, ) | |
| v. ) | No. |
| ) | |
| PANERA BREAD COMPANY, PANERA BREAD, and PANERA, LLC ) ) ) | |
| Defendants. ) | |

## AFFIDAVIT

I, Julie Immer, being duly sworn on oath, do offer and state that if I am called upon to testify under oath, I could truly, competently and on personal knowledge, state as follows:

1. I am Corporate Counsel for PANERA, LLC.

2. PANERA, LLC is, and at the time of the alleged incident was, organized under the laws of the State of Delaware.

3. PANERA, LLC's principal place of business is, and at the time of the alleged incident was, in St. Louis, Missouri.

4. The sole member of PANERA, LLC is PANERA BREAD COMPANY, a Delaware corporation which has its principal place of business, currently and at the time of the alleged incident, in St. Louis, Missouri.

5. PANERA, LLC is the owner/operator of the bakery-café at issue in this lawsuit.

6. PANERA, LLC uses the trade name "Panera Bread." Panera Bread is not a separate entity and should not be a named defendant in this action.

**FURTHER AFFIANT SAYETH NOT.**

_Julie Immer_
Julie Immer

Subscribed and Sworn to
before me this 9th day
of July, 2013
(seal)
_Amanda L. Riley_

AMANDA L. RILEY
Notary Public - Notary Seal
State of Missouri
St. Louis City
My Commission Expires 2/15/2014
Commission # 10839953

1

EXHIBIT
B

Delaware.gov | Text Only

Governor | General Assembly | Courts | Elected Officials | State Agencies

**Department of State: Division of Corporations**

**HOME**
About Agency
Secretary's Letter
Newsroom
Frequent Questions
Related Links
Contact Us
Office Location

**SERVICES**
Pay Taxes
File UCC's
Delaware Laws Online
Name Reservation
Entity Search
Status
Validate Certificate
Customer Service Survey

**INFORMATION**
Corporate Forms
Corporate Fees
UCC Forms and Fees
Taxes
Expedited Services
Service of Process
Registered Agents
Get Corporate Status
Submitting a Request
How to Form a New Business Entity
Certifications, Apostilles & Authentication of Documents

Frequently Asked Questions   View Search Results

## Entity Details

THIS IS NOT A STATEMENT OF GOOD STANDING

| | | | |
|---|---|---|---|
| File Number: | 2162554 | Incorporation Date / Formation Date: | 06/02/1988 (mm/dd/yyyy) |
| Entity Name: | PANERA BREAD COMPANY. | | |
| Entity Kind: | CORPORATION | Entity Type: | GENERAL |
| Residency: | DOMESTIC | State: | DE |

**REGISTERED AGENT INFORMATION**

| | | | |
|---|---|---|---|
| Name: | CORPORATION SERVICE COMPANY | | |
| Address: | 2711 CENTERVILLE RD STE 400 | | |
| City: | WILMINGTON | County: | NEW CASTLE |
| State: | DE | Postal Code: | 19808 |
| Phone: | (302)636-5401 | | |

Additional Information is available for a fee. You can retrieve Status for a fee of $10.00 or more detailed information including current franchise tax assessment, current filing history and more for a fee of $20.00.
Would you like ⚪ Status ⚪ Status,Tax & History Information [Submit]

[Back to Entity Search]

To contact a Delaware Online Agent click here.

site map | about this site | contact us | translate | delaware.gov


EXHIBIT C

STATE OF ILLINOIS    )
                     )   SS
COUNTY OF COOK       )

IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
COUNTY DEPARTMENT, LAW DIVISION

JUDY DANA, deceased, by and thru    )
Her executor and next friend daughter )
REBECCA DANA                        )    13L005388
                                    )
        Plaintiff                   )
                                    )
v.                                  )    No.
                                    )
PANERA BREAD COMPANY, PANERA        )
BREAD, AND PANERA, LLC.             )
                                    )
        Defendants                  )

## COMPLAINT AT LAW

NOW COMES the Plaintiff, JUDY DANA, deceased, by and thru her executor and daughter next friend, REBECCA DANA (Hereinafter referred to as 'DANA') by and through their attorney, Michael J. Brennan and complaining against the Defendant, PANERA BREAD COMPANY, PANERA BREAD AND PANERA, LLC, (Hereinafter referred to as "PANERA") states as follows:

1. That on May 24, 2011, and for sometime prior, the Defendants, PANERA BREAD COMPANY, PANERA LLC, both Illinois Corporations, and PANERA BREAD, the assumed name, owned and operated the Panera Bread Restaurant located at 15252 S. LaGrange Road, in the Village of Orland Park, Cook County, Illinois.

2. That on May 24, 2011, the Plaintiff, JUDY DANA, deceased was an invitee at the Panera Bread Restaurant located at 15252 S. LaGrange Road, in the Village of Orland Park, Cook County, Illinois, and who was lawfully on the premises.

3. That on May 24, 2011, the Plaintiff, JUDY DANA, deceased, lawfully entered the above mentioned Panera Bread Restaurant and while in the vestibule tripped over a "rolled up carpet" causing her to fall.

EXHIBIT D

4.  It was the duty of the Defendant, through its agents and/or employees, to exercise ordinary care and caution in its management, maintenance and control of said premises.

5.  That not withstanding the previously stated duty, the Defendants, by and through its agents and/or employees, was guilty of one or more of the following careless acts and/or omissions:

    a.  Owned, operated, managed, maintained and controlled the premises where Plaintiff fell and tripped over a carpet which was improper and negligently placed in the vestibule as a direct and proximate result thereof, the Plaintiff was injured;

    b.  Carelessly and negligently permitted a dangerous condition to exist at the aforementioned premises, namely placing a carpet which was defective in the vestibule of the restaurant, so that as a direct and proximate result thereof, the Plaintiff was injured;

    c.  Carelessly and negligently failed to warn the invitees, and in particular the invitees of the negligently placed carpet in the vestibule which posed a risk of injury to them;

    d.  Carelessly and negligently failed to take any affirmative steps to insure the safety of invitees;

    e.  Carelessly and negligently failed to maintain the carpet and area of the vestibule, causing an unsafe environment;

    f.  Was otherwise careless and negligent.

6.  That as a direct and proximate result of one or more of the Defendant's careless acts and/or omissions, the Plaintiff, JUDY DANA, deceased, was caused to fall to the ground causing injury.

7.  That as a direct and proximate result of the fall, Plaintiff suffered injuries of a personal and pecuniary nature.

WHEREFORE, the Plaintiff, JUDY DANA, deceased, by and thru Her executor and next friend daughter REBECCA DANA requests that judgment be entered against the Defendants, PANERA BREAD COMPANY, PANERA BREAD, AND PANERA,LLC. in an amount in excess of One Hundred Thousand ($100,000.00) Dollars.

_____
Michael J. Brennan, P.C.

Michael J. Brennan, P.C. #32908
Attorney for Plaintiff
16521 South 106th Court
Orland Park, Illinois 60467
(708) 460-9300



# Notice of Service of Process

null / ALL
Transmittal Number: 11260539
Date Processed: 06/10/2013

| | |
|---|---|
| Primary Contact: | Linda K. Latham<br>Panera, LLC<br>3630 South Geyer Road<br>Suite 100<br>St. Louis, MO 63127 |
| Copy of transmittal only provided to: | Amanda Riley* |
| Entity: | Panera, LLC<br>Entity ID Number 2788006 |
| Entity Served: | Panera LLC |
| Title of Action: | Judy Dana, by and thru Her executor and next friend daughter Rebecca Dana vs. Panera Bread Company |
| Document(s) Type: | Summons/Complaint |
| Nature of Action: | Personal Injury |
| Court/Agency: | Cook County Circuit Court, Illinois |
| Case/Reference No: | 13L005388 |
| Jurisdiction Served: | Illinois |
| Date Served on CSC: | 06/10/2013 |
| Answer or Appearance Due: | 30 Days |
| Originally Served On: | CSC |
| How Served: | Personal Service |
| Sender Information: | Michael J. Brennan, P.C.<br>708-460-9300 |

Information contained on this transmittal form is for record keeping, notification and forwarding the attached document(s). It does not constitute a legal opinion. The recipient is responsible for interpreting the documents and taking appropriate action.

To avoid potential delay, please do not send your response to CSC
CSC is SAS70 Type II certified for its Litigation Management System.
2711 Centerville Road  Wilmington, DE 19808  (888) 690-2882  |  sop@cscinfo.com



EXHIBIT
E

| 2120 - Served | 2121 - Served |
|---|---|
| 2220 - Not Served | 2221 - Not Served |
| 2320 - Served By Mail | 2321 - Served By Mail |
| 2420 - Served By Publication | 2421 - Served By Publication |
| SUMMONS | ALIAS - SUMMONS |

(2/28/11) CCG N001

## IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
### COUNTY DEPARTMENT, _____ DIVISION

No. **13L005388**

JUDY DANA, deceased, by and thru next friend REBECCA DANA, et.al.
_____
(Name all parties)
v.

PANERA BREAD CO., PANERA BREAD AND PANERA LLC

ILLINOIS CORPORATION SERVICE C

801 ADLAI STEVENSON DRIVE

SPRINGFIELD, IL 62703

### ⊙ SUMMONS  ○ ALIAS SUMMONS

**To each Defendant:**

YOU ARE SUMMONED and required to file an answer to the complaint in this case, a copy of which is hereto attached, or otherwise file your appearance, and pay the required fee, in the Office of the Clerk of this Court at the following location:

- ⊙ Richard J. Daley Center, 50 W. Washington, Room **801**, Chicago, Illinois 60602
- ○ District 2 - Skokie, 5600 Old Orchard Rd., Skokie, IL 60077
- ○ District 3 - Rolling Meadows, 2121 Euclid, Rolling Meadows, IL 60008
- ○ District 4 - Maywood, 1500 Maybrook Ave., Maywood, IL 60153
- ○ District 5 - Bridgeview, 10220 S. 76th Ave., Bridgeview, IL 60455
- ○ District 6 - Markham, 16501 S. Kedzie Pkwy., Markham, IL 60428
- ○ Child Support, 28 North Clark St., Room 200, Chicago, Illinois 60602

You must file within 30 days after service of this Summons, not counting the day of service.
IF YOU FAIL TO DO SO, A JUDGMENT BY DEFAULT MAY BE ENTERED AGAINST YOU FOR THE RELIEF REQUESTED IN THE COMPLAINT.

**To the officer:**

This Summons must be returned by the officer or other person to whom it was given for service, with endorsement of service and fees, if any, immediately after service. If service cannot be made, this Summons shall be returned so endorsed. This Summons may not be served later than 30 days after its date.

Atty. No.: 32908
Name: MICHAEL BRENNAN
Atty. for: PLAINTIFF
Address: 16521 S. 106TH COURT
City/State/Zip: ORLAND PARK, IL 60467
Telephone: 708-460-9300

WITNESS, _____, _____

DOROTHY BROWN  MAY 23 2013
Clerk of Court

Date of service: _____, _____
(To be inserted by officer on copy left with defendant or other person)

Service by Facsimile Transmission will be accepted at: _____
(Area Code) (Facsimile Telephone Number)

**DOROTHY BROWN, CLERK OF THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS**